UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-06853-JWH (ASx) | Date | November 6, 2020 |
| Title | *210 Brands Incorporated v. Canterbury of New Zealand Limited, et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez / Noe U. Ponce | Lisa Gonzalez |
| Deputy Clerks | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Beshoy Rizk | Kevin A. Adams |
| Robert M. Einhorn | |

**Proceedings:**  VIDEO HEARING RE:  MOTION TO DISMISS COMPLAINT [12] AND MOTION TO REMAND [24]

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  The Court takes the matters under submission.

**IT IS SO ORDERED.**

Time: 00:17
Initials of Preparer: iv/np